JUSTICE LEAPHART,
concurring.
¶20 I concur in the result but would classify the opinion as a non-cite opinion. The case presents a significant issue of constitutional import; *347 whether Article V, Section 8 of the Montana Constitution protects Glaser’s gratuitous and allegedly defamatory remarks on the floor of the House of Representatives. However, the appellant, Cooper, was not represented by an attorney. As a consequence, Cooper’s research and briefing on the extent or limits of the constitutional immunity were less than thorough. I am reluctant to establish a precedent on such an important constitutional issue in the absence of adequate briefing on both sides of the issue presented.
¶21 Accordingly, I concur in the result but not in the Court’s analysis.
JUSTICE NELSON and JUSTICE COTTER join in the concurring opinion of JUSTICE LEAPHART.